## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 00-1207 |
| ) | |
| CHERIE L. GRAY, ) | |
| ) | |
| ) | |
| Defendant. ) | |

### COMPROMISE AGREEMENT

Plaintiff, the United States of America by United States Attorney Mary Beth Buchanan and Assistant United States Attorney, Michael C. Colville and the Defendant, Cherie L. Gray, having consented to the making and entry of this Compromise Agreement without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto.

2. The Plaintiff, the United States of America by it's counsel, Assistant United States Attorney, Michael C. Colville and the Defendant, Cherie L. Gray, have agreed to a compromise settlement of the above captioned matter. In this regard, Plaintiff has agreed to accept a lump sum payment of $2,000.00 in settlement of any and all debts allegedly owed as described under Agency Claim Number 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.

3. Defendant agrees to make the lump sum payment of $2,000.00 to Plaintiff on or before September 15, 2007 by certified check. The payment check(s) shall be made payable to the **"United States Department of Justice"** and sent to the United States Attorney's Office for the Western District of Pennsylvania, United States Post Office and Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219.

4. The parties further agree that in the event that said payment is not received by Plaintiff on or before September 15, 2007 by certified check, Defendant hereby agrees to the entry of Judgment of the entire balance owing in the amount of $3,063.68 plus interest at the legal rate thereafter, plus costs, until paid in full. The

parties further agree that said judgment shall be recorded among the records of the Court in the County of FAYETTE, Pennsylvania, residence of the Defendant, and all other jurisdictions where it is determined by the Plaintiff that the Defendant owns real or personal property.

5. Upon receipt of the lump sum payment of $2,000.00 on or before September 15, 2007, Plaintiff herein agrees to dismiss the above captioned matter with prejudice.

DATE: Aug 24, 2007

Cherie L. Gray
325 West Church Avenue
Masontown, PA 15461-1903

DATE: 8/24/07

MICHAEL C. COLVILLE
Assistant U.S. Attorney
U.S. Post Office & Courthouse
700 Grant Street
Suite 400
Pittsburgh, PA 15219
412-894-7337
PA I.D. No. 56668